Gregory M. Saylin (9468)
April M. Medley (16102)
Leslie M. Perkins (18504)
HOLLAND & HART LLP
222 South State Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5826
Fax: (801) 799-5700
gmsaylin@hollandhart.com
ammedley@hollandhart.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARY TINCHER, an individual, and KENNETH TINCHER, an individual;<br><br>　　　　Plaintiffs,<br>vs.<br><br>SKYWEST, INC., a Utah corporation; KATHY MAKASIAN, an individual; VERNON SMITH, an individual; DONTAY RILEY, an individual; and LAURA NELSON, an individual;<br><br>　　　　Defendants. | **NOTICE OF REMOVAL**<br><br>Case No. 2:23-cv-00658<br><br>Judge _____ |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants SkyWest, Inc. ("SkyWest"),

Kathy Makasian, Vernon Smith, Dontay Riley, and Laura Nelson (collectively "Defendants")

hereby give notice of removal of the action captioned *Mary Tincher and Kenneth Tincher v.*

*SkyWest, Inc., Kathy Makasian, Vernon Smith, Dontay Riley, and Laura Nelson*, Case No.

230300168, from the Fourth Judicial District Court, Spanish Fork Division, in and for Utah

County, for the State of Utah, where this action currently sits, to the United States District Court

for the District of Utah, Central Division, the district embracing the place where this action is pending.  Defendant further states as follows:

1. Pursuant to 28 U.S.C. § 1446(a), the following sets forth a short and plain statement of the grounds for removal.  This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1332.  This case may be removed pursuant to 28 U.S.C. § 1441 because (i) removal is timely, (ii) the Complaint alleges claims purportedly arising under the laws of the United States within the meaning 28 U.S.C. § 1331, (iii) this Court is the proper venue, and (iv) all Defendants in this action join in this notice of removal.

**TIMELINESS OF REMOVAL**

2. On August 23, 2023, Plaintiff Mary Tincher filed an action against the Defendants in the Fourth Judicial District Court Provo Division of the State of Utah in and for the County of Utah, Case No. 230401865 (the "State Court Action").

3. On August 29, 2023, the Fourth Judicial District Court Provo Division ordered the case be transferred to the Spanish Fork Division of the Fourth Judicial District Court.  The case number for the current case in the Spanish Fork Division is 230300168.

4. On September 1, 2023, Plaintiff Mary Tincher filed an Amended Complaint and added Kenneth Tincher as an additional Plaintiff in the matter (collectively referred to as "Plaintiffs").  A copy of the Amended Complaint is attached as **Exhibit A**.

5. Plaintiffs filed a Return of Service for Defendant SkyWest, Inc. on September 6, 2023.

6. Plaintiffs then filed a Return of Service for Defendant Dontay Riley on September 14, 2023.

7.      The Proofs of Service, Amended Complaint, Transfer Order, and Complaint are the only records in the state court proceeding.  Pursuant to DUCiv 81-2(b)(4), a copy of the complete state court record is attached as **Exhibit B**.

8.      Pursuant to DUCiv 81-2(b)(2), a current copy of the state court docket sheet is attached as **Exhibit C**.

9.      There is no operative scheduling order or notice of event due dates yet in the matter.

10.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it was filed within thirty days of formal service on SkyWest.  *R.M. v. Dennis, Jackson, Martin & Fontela, P.A.*, No. 2:20-cv-00064-DB, 2020 WL 1309974, at *3 (D. Utah Mar. 19, 2020) ("'A named defendant's time to remove' is not triggered 'by mere receipt of the complaint unattended by any formal service.'") (quoting *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347–48 (1999)).

## FEDERAL QUESTION JURISDICTION

11.      The United States District Court for the District of Utah, Central Division has original jurisdiction in this action because claims in the Amended Complaint "aris[e] under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

12.      Plaintiffs' Amended Complaint alleges Defendant SkyWest, among other things, took an adverse employment action against Plaintiff Mary Tincher and failed to accommodate Plaintiff Mary Tincher, in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*.  *See* Amended Complaint, ¶¶ 130-136.

13.     This Court has supplemental jurisdiction over Plaintiffs' remaining claims because they "are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

14.     Therefore, because Plaintiffs assert claims that arise "under the laws . . . of the United States" pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction of this action and removal is appropriate under 28 U.S.C. § 1441(a).

## PROCEDURAL REQUIREMNETS ARE SATISFIED

15.     Pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal shall promptly be served on counsel for Plaintiffs and filed with the Clerk for the Fourth Judicial District Court, Spanish Fork Division, in and for the County of Utah, for the State of Utah.

16.     Defendants will serve upon counsel for Plaintiffs a copy of this Notice of Removal and the Notice filed with the Clerk of the District Court for the Fourth Judicial District Court, Spanish Fork Division, in and for the County of Utah, for the State of Utah.

17.     In compliance with 28 U.S.C. § 1446(a), this Notice of Removal is signed by counsel pursuant to Fed. R. Civ. P. 11.

18.     By removing this Action to this Court, Defendants do not waive any defenses, objections, or motions available to it under state or federal law, including without limitation personal jurisdiction, venue, standing, or failure to state a claim upon which relief can be granted.

19.     Because the State Court Action is pending in the Fourth Judicial District Court, Spanish Fork Division, in and for Utah County, for the State of Utah, removal to this District

4

Court is proper under 28 U.S.C. § 1441(a).  In accordance with 28 U.S.C. § 84(c)(3), this Court includes the county in which Plaintiffs filed this lawsuit.  Therefore, this action is properly removed to this Court under 28 U.S.C. § 1446(a).

20.    In accordance with 28 U.S.C. § 1446(b)(2)(A), all Defendants join in the removal of this action.  By joining this Notice, Defendants SkyWest, Kathy Makasian, Vernon Smith, Dontay Riley, and Laura Nelson consent to the removal of this action.  Defendants reserve the right to amend this Notice of Removal as appropriate and reserve the right to file additional support for this Notice of Removal by way of declarations, deposition testimony, expert testimony, discovery responses, supplemental memoranda, and legal argument.  If any question arises as to the propriety of the removal to this Court, Defendants request the opportunity to present a brief and oral argument in support of their position that this case has been properly removed.

THEREFORE, Defendants request that the above-referenced action in the Fourth Judicial District Court, Spanish Fork Department, in and for Utah County, Utah, be removed to this Court, and request that this Court assume jurisdiction of this action and issue such further orders and processes as may be necessary to bring before it all parties necessary for trial.

DATED this 21st day of September, 2023.

HOLLAND & HART LLP

/s/ Gregory M. Saylin
Gregory M. Saylin
April M. Medley
Leslie M. Perkins
*Attorneys for Defendants*

30556343_v1

5