AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

## District of Utah

Mary Tincher and Kenneth Tincher,

Plaintiffs,

v.

SkyWest Inc., Kath Makasian, Vernon Smith, Dontay Riley, and Laura Nelson,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:23-cv-658-HCN-DAO

IT IS ORDERED AND ADJUDGED

1. That Plaintiffs' claim under the Americans with Disabilities Act is dismissed; and

2. Plaintiffs' remaining claims are remanded to the Fourth Judicial District Court of the State of Utah.

January 14, 2025

_Date_

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge